**FILED**
**Oct 23, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FIDEL VASQUEZ;<br>XAVIER MEDRANO, AKA "VIEJO";<br>FIRST NAME UNKNOWN, LAST NAME UNKNOWN, AKA "BRONCO", AKA "LUIS", (UM9106);<br>GUSTAVO PLASCENCIA-MUNOZ;<br>ARTURO LEON;<br>HECTOR AVELAR;<br>Defendant. | CASE NO. **1:26-mj-00126-EPG**<br>**UNDER SEAL**<br>ORDER SEALING COMPLAINT |

The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to ensure the safety of the defendant and the government's ongoing investigation,

IT IS ORDERED that the complaint and arrested warrant filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court. Upon the defendant's initial appearance being scheduled, the government is ordered to provide copies of the sealed complaints to defendant's counsel.

Dated: **Oct 23, 2026**

HONORABLE ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE