ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant
FIDEL VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FIDEL VAZQUEZ,<br>Defendant. | Case No. 1:26-cr-00233-JLT-SAB<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; RULE 46(e) DECLARATION OF GLORIA COLLINS; ORDER<br><br>Judge: Hon. Stanley A. Boone |

On November 6, 2026, Fidel Vasquez appeared before the Hon. Stanley A. Boone (ECF 35) and was granted pretrial release subject to several conditions[1] including condition 7(r), which requires:

> (r) execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: **A $150,000 collateral bond secured by the available equity in the residence located at 1281 South Marion Street, Tulare, California, 93274.**

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Antonio Pataca and Angela Alvarez, Assistant United States Attorneys, counsel for

[1] On November 6, 2026 the Pre-Trial Servies office emailed Form AO199B, setting forth the conditions of release, to the Court, the government and defense counsel. The conditions of release do not yet appear on the docket.

plaintiff, and Eric V. Kersten, counsel for defendant Fidel Vazquez that the pretrial release condition 7(r) may be modified to substitute a $150,000 unsecured bond posted by Fidel Vasquez's mother, Gloria Collins, for the "$150,000 collateral bond secured by the available equity in the residence located at 1281 South Marion Street, Tulare, California, 93274." So modified, proposed that condition 7(r) will provide:

> 7(r) execute a bond or an agreement to forfeit upon failing to appear or execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: **Gloria Collins shall post a $150,000 unsecured bond.**

All other conditions of pretrial release shall apply in full force and effect upon Fidel Vasquez's release from custody. Gloria Collins understands and agrees that this modification does not lessen her obligation to the court. She has been provided a copy of this proposed stipulation and the proposed pretrial release conditions for Fidel Vasquez. Ms. Collins understands and agrees that a violation of any release conditions may require her to pay or forfeit the full amount of $150,000.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATED: November 19, 2026

/s/ Antonio Pataca
ANTONIO PATACA
ANGELA ALVAREZ
Assistant United States Attorneys
Attorneys for Plaintiff

DATED: November 19, 2026

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
FIDEL VAZQUEZ

**ORDER**

**IT IS SO ORDERED**. The pretrial release conditions for Fidel Vazquez are modified as set forth above.

IT IS SO ORDERED.

Dated: **November 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge